STATE *ex rel.* J. W. McEWEN v. CITY OF JACKSONVILLE, et al.

150 So. 716.

Division B.

Opinion Filed October 28, 1933.

Rehearing Denied November 23, 1933.

*P. H. Odum,* for Relator;

*Austin Miller* and *Emmet Safay,* for Respondents.

PER CURIAM.—This cause having been submitted to the Court upon a motion to quash the alternative writ of mandamus issued herein, and the same having been duly considered, it is ordered and adjudged that the said motion to quash be and the same is hereby granted.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL, BROWN and BUFORD, J. J., concur.

DAVIS, J. C. (concurring specially).—Since McEwen, the present relator, was not the successful relator in mandamus who prevailed prior to the time the last ordinance was passed, I concur in the holding that Aiken v. Davis, 106 Fla. 675, 143 So. 658, does not necessarily apply to this case.

BROWN, J., concurs.